**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3461-23

SANTANDER BANK, N.A.,

    Plaintiff-Respondent,

v.

STERN THOMASSON LLP,
and ANDREW THOMASSON,

    Defendants,

and

PHILIP D. STERN, a/k/a
PHIL STERN,

    Defendant/Third-Party
    Plaintiff-Appellant,

v.

MORRIS S. BAUER, ESQ.,
JOSEPH L. SCHWARTZ, ESQ.,
MITCHELL J. MALZBERG, ESQ.,
and THOMASSON PPLC,

    Third-Party Defendants.

_____

Submitted October 7, 2025 – Decided October 16, 2025

Before Judges Rose and DeAlmeida.

On appeal from the Superior Court of New Jersey, Law Division, Mercer County, Docket No. L-0537-22.

Philip D. Stern, appellant pro se.

Hill Wallack LLP, attorneys for respondent (Michael Kahme, of counsel and on the brief; Daniel R. Kaschak, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

2

A-3461-23